Query    Reports    Utilities    Help    Log Out

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:23-cv-00591-GBW

| | |
|---|---|
| James et al v. Honors Holdings, LLC | Date Filed: 05/30/2023 |
| Assigned to: Judge Gregory B. Williams | Date Terminated: 09/29/2023 |
| Demand: $5,500,000 | Jury Demand: None |
| Cause: 28:1332 Diversity-Breach of Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Robert Scot James**  represented by  **John Anderson Sensing**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
302-984-6093
Fax: 302-778-6093
Email: jsensing@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hannah Paxton**
Potter Anderson & Corroon
1313 N. Market Street
Ste 6
Wilmington, DE 19801
302-984-6145
Email: hpaxton@potteranderson.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Core2000 LLC**  represented by  **John Anderson Sensing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hannah Paxton**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Honors Holdings, LLC**  represented by  **Peter C. McGivney**
Berger Harris, LLP
1105 N. Market Street, 11th Floor

Wilmington, DE 19801
302-655-1140
Fax: 302-655-1131
Email: pmcgivney@bergerharris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard I.G. Jones , Jr.**
Berger Harris, LLP
1105 N. Market Street, 11th Floor
Wilmington, DE 19801
(302) 654-1888
Fax: (302) 654-2067
Email: rjones@bergerharris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2023 | 1 | COMPLAINT filed against Honors Holdings, LLC ( Filing fee $ 402, receipt number ADEDC-4147373.) - filed by Robert Scot James, Core2000 LLC. (Attachments: # 1 Civil Cover Sheet)(twk) (Entered: 05/31/2023) |
| 05/30/2023 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (twk) (Entered: 05/31/2023) |
| 05/30/2023 | 3 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Core2000 LLC. (twk) (Entered: 05/31/2023) |
| 05/30/2023 |   | No Summons Issued. (twk) (Entered: 05/31/2023) |
| 06/01/2023 | 4 | SUMMONS Returned Executed by Robert Scot James, Core2000 LLC.Honors Holdings, LLC served on 5/31/2023, answer due 6/21/2023. (Sensing, John) (Entered: 06/01/2023) |
| 06/07/2023 |   | Case Assigned to Judge Gregory B. Williams. Please include the initials of the Judge (GBW) after the case number on all documents filed. (rjb) (Entered: 06/07/2023) |
| 06/15/2023 | 5 | NOTICE of Appearance by Peter C. McGivney on behalf of Honors Holdings, LLC (McGivney, Peter) (Entered: 06/15/2023) |
| 06/15/2023 | 6 | NOTICE of Appearance by Richard I.G. Jones, Jr on behalf of Honors Holdings, LLC (Jones, Richard) (Entered: 06/15/2023) |
| 06/15/2023 | 7 | STIPULATION TO EXTEND TIME to respond to Complaint to July 22, 2023 - filed by Honors Holdings, LLC. (McGivney, Peter) (Entered: 06/15/2023) |
| 06/16/2023 |   | SO ORDERED, re 7 STIPULATION TO EXTEND TIME to respond to Complaint to July 22, 2023 filed by Honors Holdings, LLC. Signed by Judge Gregory B. Williams on 6/16/2023. (etg) (Entered: 06/16/2023) |
| 07/21/2023 | 8 | ANSWER to 1 Complaint *[Answer and Affirmative Defenses to Complaint]* by Honors Holdings, LLC.(Jones, Richard) (Entered: 07/21/2023) |
| 07/21/2023 | 9 | Disclosure Statement pursuant to Rule 7.1: identifying Other Affiliate HH Holdco, Inc. for Honors Holdings, LLC filed by Honors Holdings, LLC. (Jones, Richard) (Entered: 07/21/2023) |

| 08/07/2023 | 10 | NOTICE OF SERVICE of Plaintiffs' First Set of (1) Interrogatories; and (2) Requests for Production of Documents to Defendant Honors Holdings, LLC (served on 08/03/2023) filed by Core2000 LLC, Robert Scot James.(Sensing, John) (Entered: 08/07/2023) |
| --- | --- | --- |
| 09/28/2023 | 11 | Joint PROPOSED ORDER Stipulated Final Judgment re 1 Complaint by Core2000 LLC, Robert Scot James. (Sensing, John) (Entered: 09/28/2023) |
| 09/29/2023 | 12 | STIPULATED FINAL JUDGMENT in favor of Core2000 LLC, Robert Scot James against Honors Holdings, LLC in the amount of $5,947,533 plus $85,000 for attorneys' fees (CASE CLOSED). Signed by Judge Gregory B. Williams on 9/29/23. (ntl) (Entered: 09/29/2023) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 10/06/2023 15:07:10 | | | |
| **PACER Login:** | nmrs0003 | **Client Code:** | 060071/01500-FA1 |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-00591-GBW Start date: 1/1/1975 End date: 10/6/2023 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |